**STATE OF OREGON,**
*Respondent,*

*v.*

**JOHN RAY JONES,**
*Appellant.*

(10 88 06275; CA A61548)

826 P2d 17

Sally L. Avera, Public Defender, and Ingrid A. Mac-Farlane, Deputy Public Defender, for petition.

PER CURIAM

Rossman, J., dissenting.

## PER CURIAM

Defendant has petitioned for review of our decision. 109 Or App 235, 818 P2d 1286 (1991). Treating the petition as one for reconsideration, ORAP 9.15, we grant reconsideration and withdraw the decision.

On the basis of *Wells v. Peterson*, 111 Or App 171, 826 P2d 13 (1992), we hold that ORS 161.620 prohibits the imposition of any mandatory prison term on defendant.

Reconsideration allowed; decision withdrawn; convictions affirmed; remanded for resentencing on murder conviction.

**ROSSMAN, J.,** dissenting.

For the reasons expressed in my dissent in *Wells v. Peterson*, 111 Or App 171, 175, 826 P2d 13 (1992) (Rossman, J., dissenting), I would reverse defendant's 10-year *mandatory* minimum sentence, ORS 163.115(3)(b), as violative of ORS 161.620. I would affirm the 15-year *discretionary* minimum sentence that was imposed under ORS 163.115(3)(c).

Deits and Riggs, JJ., join in this dissenting opinion.